**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed August 8, 2023.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-23-00515-CV

## CLARK HILL PLC, Appellant

## V.

## EMELIKE AGOMO M.D., Appellee

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-72655**

## MEMORANDUM OPINION

This is an appeal regarding an order signed July 17, 2023 granting relief pursuant to the Texas Citizens Participation Act. On July 24, 2023, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Poissant.